STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RICHARD A. LOWE, DEFENDANT-PETITIONER.

*Mr. Richard A. Lowe, in propria persona.*

*Mr. Brendan T. Byrne* and *Mr. George A. Franconero* for the respondent.

March 15, 1966. Denied.